1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER VERDUZCO ORTA,<br><br>                                   Defendant. | Case No.:  22-cr-2129-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On September 29, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 7, 2022 to December 9, 2022.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 17] and sets the Motion Hearing/Trial Setting on December 9, 2022 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

22-cr-2129-JO

1    Further, on September 27, 2022, the Defendant filed a pretrial motion that remains
2  pending.  Accordingly, the Court finds that time from September 27, 2022 to December 9,
3  2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4  pending.  18 U.S.C. § 3161(h)(1)(D).

5        IT IS SO ORDERED.
6  Dated:  10/4/22

   _____
7  Hon. Jinsook Ohta
   UNITED STATES DISTRICT JUDGE